## GILLETTE CO. *v.* MINER

No. 81–1493.   Argued November 10, 1982—Decided December 6, 1982

*Arthur R. Miller* argued the cause for petitioner.   With him on the briefs were *H. Blair White, Russell M. Baird, George A. Platz,* and *James P. Connolly.*

*Robert S. Atkins* argued the cause for respondent.   With him on the brief were *Kenneth P. Ross, Paul Bernstein,* and *Harry G. Fins.\**

PER CURIAM.

There being no final judgment, the writ of certiorari is dismissed for want of jurisdiction.

---

*Briefs of *amici curiae* urging reversal were filed by *Harold D. Shapiro* and *Duane C. Quaini* for the National Association of Independent Insurers et al.; by *Joseph D. Alviani* and *Wayne S. Henderson* for the New England Legal Foundation; and by *Thomas J. Brandi* and *C. Delos Putz, Jr.,* for the plaintiffs in the "Dalkon Shield" IUD Products Liability Litigation et al.

Briefs of *amici curiae* urging affirmance were filed by *Paul P. Biebel, Jr.,* First Assistant Attorney General of Illinois, and *Kathleen Nogan Morrison* and *William P. Oberhardt,* Assistant Attorneys General, for Tyrone C. Fahner, Attorney General of Illinois, et al.; and by *Alan B. Morrison* and *Frederic Townsend* for Public Citizen.

*David B. Kahn, William J. Harte,* and *Kevin M. Forde* filed a brief for the Consumer Coalition as *amicus curiae.*